CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 12 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| DAVID TONY MOORE, | Case No. 1:08-CR-00035 |
| Petitioner | FINAL ORDER |
| v. | |
| UNITED STATES OF AMERICA, | By: Hon. James C. Turk |
| | Senior United States District Judge |
| Respondent | |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Respondent's Motion to Dismiss (Dkt No. 211) is **GRANTED**; the Petitioner's motion pursuant to 28 U.S.C. § 2255 (Dkt No. 193) is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Petitioner and to counsel for the United States.

ENTER: This 8th day of October, 2010.

/s/ James C. Turk
Senior United States District Judge